# Court of Appeals
# of the State of Georgia

ATLANTA,  March 24, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0270. OLORUNTOBI ISAIAH JOHN v. JASMINE JOHN.

In this divorce action, Oloruntobu Isaiah John seeks to challenge various orders entered by the trial court. He contends, among other things, that the trial court lacked jurisdiction over him.

John did not include a stamped "filed" copy of the orders of which he seeks to appeal, nor sufficient materials for this Court to make a determination of his claims.[1] See Court of Appeals Rule 31 (c) ("Discretionary applications must contain a stamped 'filed' copy of the trial court's order or judgment from which the appeal is sought."); see also Court of Appeals Rule 31 (f) ("Applications for discretionary appeal pursuant to OCGA § 5-6-35 must include sufficient material to apprise the Court of the appellate issues, in context, and to support the arguments advanced. Failure to submit sufficient material to apprise the Court of the issues and support the argument shall result in denial of the application.").

Without a copy of these orders, we cannot determine whether the application was timely filed from the orders he seeks to appeal, see OCGA § 5-6-35 (d), or whether the orders were final orders subject to the discretionary application procedure. From the limited application materials, these orders appear interlocutory. In that case, John was required to follow the interlocutory appeal procedure, which include obtaining a certificate of immediate review from the trial court. See OCGA §

---

[1] John did include a stamped "filed" copy of an order dismissing his appeal, but his application does not challenge the propriety of that order.

5-6-34 (b); *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996).

For these reasons, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   03/24/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*